# United States Court of Appeals
#### For The District of Columbia Circuit

———————

| | |
|---|---|
| **No. 23-3159** | **September Term, 2024** |
| | 1:21-cr-00175-TJK-2 |
| | 1:21-cr-00175-TJK-1 |
| | 1:21-cr-00175-TJK-6 |
| | 1:21-cr-00175-TJK-3 |

**Filed On: April 10, 2025** [2110309]

United States of America,

    Appellee

    v.

Ethan Nordean, also known as Rufio Panman,

    Appellant

------------------------------

Consolidated with 23-3160, 23-3161, 23-3162

### O R D E R

    Upon consideration of appellants' unopposed motion to modify the briefing schedule, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Joint Brief for Appellants | September 12, 2025 |
| Appendix | September 12, 2025 |
| Appellee's Brief | March 12, 2026 |
| Joint Reply Brief for Appellants | June 12, 2026 |

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                 BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk